STATE OF NEW JERSEY v. RAYMOND METCALF.

June 24, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY GAMBARONY.

June 24, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. HARRY GOLDWYN.

June 24, 1980.

Petition for certification denied.